**Order entered February 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01082-CR

### CHRISTOPHER WALKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00149-T**

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty additional days from the February 3, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 7, 2014**.

/s/     DAVID EVANS
        JUSTICE